CLERK'S OFFICE U.S. DIST. COURT
AT ROANOKE, VA
FILED

OCT 30 2014

JULIA C. DUDLEY, CLERK
BY: /s/ Deputy Clerk

IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
ROANOKE DIVISION

OWAIIAN M. JONES,

    Plaintiff,

v.

DEPARTMENT OF PROFESSIONAL AND
OCCUPATIONAL REGULATIONS AND/OR
BOARD OF MEDICINE AND/OR NURSING, <u>et al.</u>,
    Defendant(s).

Civil Action No. 7:14-cv-00524

<u>FINAL ORDER</u>

By:   Michael F. Urbanski
United States District Judge

In accordance with the written Memorandum Opinion entered this day, it is hereby

**ORDERED**

that this action is **DISMISSED without prejudice**, pursuant to Fed. R. Civ. P. 41(b); all pending motions are **DENIED as moot**; and the action is **STRICKEN** from the active docket of the court.

The Clerk is directed to send copies of this Order and the accompanying Memorandum Opinion to the parties.

    **ENTER**: This 30th day of October, 2014.

/s/ Michael F. Urbanski
_____
United States District Judge